**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s)<br>V.<br><br>JAIME CHAVEZ,<br><br>Defendant(s). | CASE NUMBER<br><br>CR 25-824-GW<br><br>**ORDER RETURNING CRIMINAL CASE FOR REASSIGNMENT BY SENIOR JUDGE** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random assignment pursuant to the provisions of this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges as to:

☑ all defendants

☐ only as to defendant(s):

_____
_____
_____

October 15, 2025                                    /s/ George H. Wu
Date                                                United States District Judge

---

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge  Fernando L. Aenlle-Rocha  for all further proceedings. On all documents subsequently filed in this case, please substitute the initials  FLA  after the case number, so that the case number will read  2:25-cr-00824-FLA  .

cc: ☐ *Previous Judge*    ☐ *Statistics Clerk*

CR-84 (06/23)                    ORDER RETURNING CRIMINAL CASE FOR REASSIGNMENT BY SENIOR JUDGE